FILED 6/6/00

JUN 6 2000 JK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BALEVA M. WARD,

    Plaintiff,

v.

RANDY ROGERS,

    Defendants.

Case No. C00-821Z

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENTS

The Court, having reviewed plaintiff's application to proceed in forma pauperis, does hereby find and ORDER.

(1) Plaintiff's declaration indicates he is unable to afford the court's filing fee or give security therefor. Accordingly, plaintiff's application to proceed as a pauper is **GRANTED. As set forth below, an initial partial filing fee will be collected, and plaintiff is required to make monthly payments of 20 percent of the preceding months income credited to his/her account until the full amount of the filing fee is satisfied.**

(2) Pursuant to 28 U.S.C. § 1915 and plaintiff's approved application to proceed *in forma pauperis*, the agency having custody of the above named plaintiff is directed to calculate an initial partial filing fee equal to 20 percent of the greater of -- the average monthly deposits to the prisoner's account or the average monthly balance in the prisoner's account for the 6-month period immediately preceding the date of this Order. The initial partial filing fee should be forwarded to the court clerk as soon as practicable.

Subsequently, if the prisoner's account exceeds $10.00, each month the agency having custody of

ORDER
Page - 1

plaintiff is directed to collect and forward payments equal to 20 percent of the prisoner's preceding month's income credited to the prisoner's account. In the event that the monthly payment would reduce the prisoner's account below $10.00, the agency having custody of plaintiff should collect and forward only that amount which would reduce the prisoner's account to the $10.00 level. Please note that this $10.00 limit does not apply to the initial partial filing fee described above. Finally, the monthly payments should be collected and forwarded to the court until the entire filing fee ($150.00) for this matter has been paid.

(3) The Clerk is directed to send a copy of this Order to plaintiff, to the Court's Financial Administrator and to the financial officer at the agency having custody of plaintiff.

DATED this 5 day of June 2000.

RICARDO S. MARTINEZ
United States Magistrate Judge

AO 240 (Rev. 6/86; Mod. 03/98) Application to Proceed

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON





**C00-0821**

NO. 98-1-01871-9 SEA

Plaintiff **BALEVA M. WARD**

vs.

Defendant(s) **RANDY ROGERS (KIRKLAND POL. OFFICER), SPECIAL AGENT JOAN KAVECH, RON POLOWSKI, AND CHRIS WREDE WHO IS ALSO A SEATTLE POLICE OFFICER(WREDE).**

DECLARATION AND APPLICATION TO PROCEED *IN FORMA PAUPERIS* BY A PRISONER BRINGING A CIVIL RIGHTS ACTION PURSUANT TO 42 U.S.C. § 1983*

---

I, **BALEVA M. WARD**, declare I am the plaintiff in the above-entitled proceeding; in support of my request to proceed under 28 U.S.C. § 1915, I declare I am unable to pay the full filing fee or give security for it; and I am entitled to relief. The nature of my action is *briefly* stated as follows: **I was deprived of my rights as a citizen of the United States and as a citizen of the state of Washington by these officers. On Feb. 4, 1998 Officer Rodgers, Special Agents Joan Kavech, Ron Polowski, and Chris Wrede did not do their job completely, and on the 12th of Feb.,1998 they also chose to also deprive me of my Constitutional Rights.**

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:   ☒ Yes   ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. **AIRWAY HEIGHTS CORRECTION CENTER**

Attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your salary, wages or gratuity per month, and identify your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your salary or wages (net and gross) and pay period, and the name and address of your last employer. **Feb. 13, 1998: Issaqua CONSULTING GROUP, 2020 124th Ave. NE. Bldg. C-106, Bellvue, Wa. 98005, (425) 867-1761: Gross Pay Monthly-$2,160 Net Pay Monthly-$1,540.**

   **PAYDAY WAS ON THE 1st and 15th of EVERY MONTH.**

---

*ONLY USE THIS FORM IF YOU ARE BRINGING A CIVIL RIGHTS ACTION. DO NOT USE THIS FORM IF YOU ARE BRINGING A PETITION FOR WRIT OF HABEAS CORPUS.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☐ Yes ☒ No

If the answer to any of the above is "Yes," describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have **any** cash or do you have any money in a checking or savings account?
(Do not include your prison account funds.)

   ☐ Yes  ☒ No

   State the total amount: $0.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value. _____

6. Do you have any other assets?  ☐ Yes  ☒ No

   If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. My two children: SIERRA R. WARD and OLIVIA NICOLE SLAGLE. I was paying about $450.00 a month to the state for SIERRA and giving between $400.00 and $650.00 to her mother for additional needs. I had not had a chance to spend more than $200.00 a month on OLIVIA.

   I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.

Executed on: 5/5/00               _Salena R. Ward_
            DATE                   SIGNATURE OF APPLICANT

2

CAUSE NO.  98-1-01871-9 SEA

### ACKNOWLEDGMENT AND AUTHORIZATION

By choosing to bring a civil rights action, I acknowledge I am responsible for payment of the full $150.00 filing fee under 28 U.S.C. § 1915. I authorize the agency having custody of me to collect from my account and forward to the Clerk of the United States District Court the initial partial filing fee calculated under the Certification and Calculation section and payments pursuant to 28 U.S.C. § 1915(b). I understand I am required to make monthly payments of twenty (20) percent of my preceding month's income credited to my account and the agency having custody of me will forward funds to the Clerk of the United States District Court each time the amount in the account exceeds ten $10.00) dollars until the full filing fee is paid.

| 5/5/00 | *[signature]* |
|---|---|
| DATE | SIGNATURE OF APPLICANT |

| BALEVA M. WARD | #982256 |
|---|---|
| COMMITTED NAME OF APPLICANT | INMATE NO |




# CERTIFICATE OF PRISONERS' ACCOUNT



MAY 09 2000

I hereby certify that the prisoner herein has the following securities to his credit according to the records of Airway Heights Corrections Center (AHCC) institution.

I further certify that the prisoner has the following sum on account to his credit at the institution where he is confined:

Spendable amount: $ 32.40

Mandatory savings (Non-spendable): $ 80.97

O. Brown, CCZ
Authorized staff of facility

05/02/00
Date

Name and DOC # of prisoner: Bulevan N. Ward